

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00590-CV

**IN RE** Bryan **WEYNAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

On August 15, 2014, relator Bryan Weynand filed a petition for writ of mandamus and motion for immediate temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for immediate temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 15th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-08-21999-CV, styled *Bryan Weynand v. Capital Performance Co., Inc. f/k/a Van's Development Co., Inc.; David Robinette; Shu Robinette; Roy Langhoff; Cheri Harby d/b/a Haby Realty; Beneficial Home Inspections; Glen Warren Daniel; and Bradfield Properties, Inc.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable Thomas F. Lee presiding.